```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :       ORDER
           v.                                                 :       21-CR-411 (WFK)
                                                              :
GIANNI STEWART,                                               :
                                                              :
                       Defendant.                             :
-------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 2, 2023, the Court held a bond revocation hearing in the above-captioned action in response to Pretrial Services' Memorandum at ECF No. 181, informing the Court Defendant had violated the conditions of his release. At the proceeding, upon hearing from both parties, the Court revoked Defendant's bond and remanded him into the custody of the United States Marshals Service ("USMS"). ECF Nos. 192, 193.

On September 18, 2023, defense counsel filed a motion to reinstate Defendant's bond. ECF No. 197.

On September 19, 2023, Magistrate Judge Cheryl L. Pollak held a bond revocation hearing and subsequently denied Defendant's renewed application. ECF No. 198 (a copy of the minute entry from this proceeding is attached to this Order as Court Exhibit 1 in evidence). Defense counsel promptly appealed Magistrate Judge Pollak's Order and requested this Court review Defendant's renewed application. This Court granted defense counsel's request and held a bond reinstatement hearing that same day.

In light of the parties' presentations at the bond reinstatement hearing, the Court concludes Defendant poses a danger to the community and is a flight risk, and no combination of

conditions can reasonably assure Defendant's presence at future court proceedings. Accordingly, defense counsel's motion to reinstate Defendant's bond is DENIED and Magistrate Judge Pollak's decision is affirmed.

The Court further DIRECTS defense counsel to renew his bond application before Magistrate Judge Pollak in accordance with her Minute Entry and Order at ECF No. 198 in order to clarify: (1) the higher amount for the bond; (2) the number of sureties; and (3) the terms and conditions for the electronic monitoring the Magistrate Judge would require in order to reconsider her position with respect to Defendant's bond application.

Defendant will remain detained pending trial or another final disposition of this action.

SO ORDERED.

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2023
       Brooklyn, New York

## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    Cheryl L. Pollak                         DATE:   9/19/23

DOCKET NUMBER:   21CR411(WFK)                                 LOG#:  12:02 - 12:28

DEFENDANT'S NAME:     Gianni Stewart
       ✓ Present        ___ Not Present        ✓ Custody        ___ Bail

DEFENSE COUNSEL:     Samuel Schmidt
       ___ Federal Defender        ✓ CJA        ___ Retained

A.U.S.A:   Tara McGrath                          CLERK:   Felix Chin

INTERPRETER:                                     (Language)

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.     ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____  Stop_____

___ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Dfse counsel argued for the re-instatement of the previous bond; govt opposed; court denied the application and would require a higher amount for the bond with more sureties and electronic monitoring. Dfse counsel seeks to appeal MJ Pollak's ruling.